**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **OUSMANE LY,** | : | **Case No. 1:26-cv-378** |
| **Petitioner,** | : | |
| **vs.** | : | **Judge Jeffery P. Hopkins** |
| **CAPTAIN NICK FISHER, Warden Butler County Jail, *et al.*,** | : | **Magistrate Judge S. Courter M. Shimeall** |
| **Respondents.** | : | |

**ORDER**

Petitioner, Ousmane Ly, brings this "next friend" petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1]

The Clerk is **DIRECTED** to (1) immediately provide a copy of the petition and its accompanying papers, along with a copy of this Order, to the United States Marshal to promptly personally serve to a Butler County Sheriff's Deputy in the Potter Stewart United States Courthouse. The Clerk is **further DIRECTED** to (2) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at kevin.gerrity@bcohio.gov; and by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov. The Clerk is **further DIRECTED** to (3) promptly note proof of such service on the docket.

Counsel for Butler County Respondents shall promptly file a notice of appearance.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than June 12, 2026.

[1] The Petition and other pleadings have been filed on Petitioner's behalf by non-attorney "next

**IT IS SO ORDERED.**

June 4, 2026

*/s/ S. Courter M. Shimeall*
S. COURTER M. SHIMEALL
United States Magistrate Judge

friend" Dawn Weatherwax.