**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **OUSMANE LY,** | | |
| **Petitioner,** | : | |
| **v.** | : | **Case No. 1:26-cv-00378** |
| | : | **Judge Jeffery P. Hopkins** |
| | : | **Magistrate Judge S. Courter M. Shimeall** |
| **WARDEN, BUTLER COUNTY JAIL,** ***et al.*****,** | : | |
| **Respondents.** | : | |

**ORDER**

Respondents submitted a proposed scheduling order, to which Petitioner's next friend, Dawn Weatherwax, did not agree. (Notice, ECF No. 18; Response, ECF No. 20.) Although Respondents propose a Return of Writ date of July 1, 2026, they indicated in the Notice that they were willing to compromise with Ms. Weatherwax to an earlier date. As such, the Court establishes the following scheduling order:

Respondents' Return of Writ due: **June 24, 2026**

Petitioner's Reply due: **July 8, 2026**.

Further, Respondents represented in their Notice that Ms. Weatherwax, as next friend, did not receive the Court's Order to submit a scheduling order. The Court is hesitant, especially given Ms. Weatherwax's recent barrage of filings, to grant her electronic filing access. (*See e.g.* ECF Nos. 19–28.) Nevertheless, under the circumstances, the Court will permit Ms. Weatherwax electronic filing privileges and therefore hereby **GRANTS** her request. (ECF No. 19.) But she may participate in e-filing only as to this particular case and conditional on her compliance with all applicable e-filing requirements. *See* S.D. Ohio 83.5(b) ("[A] party to a pending proceeding

who is not represented by an attorney may register as a Filing User solely for the purposes of that action."). If she has not already done so, Ms. Weatherwax is **DIRECTED** to create a PACER account, and then complete the electronic filing registration for the Southern District of Ohio, as explained at https://pacer.uscourts.gov/register-account/non-attorney-filers-cmecf.

Ms. Weatherfax is **REMINDED** that failure to adhere to all applicable e-filing requirements will likely result in the revocation of permission to participate in e-filing, and she is **CAUTIONED** that her electronic filing access may be revoked at any time, including if the filing privileges are abused in any way or if she engages in excessive or frivolous filings. To be clear, the Court does not anticipate that Ms. Weatherfax will need to file anything else in the near future except for her Reply. She is **CAUTIONED** that additional filings, absent good cause, could well result in her e-filing privileges being revoked.

Finally, with the issuing of the scheduling order and granting of ECF filing rights, the Court finds the following Motions to be **MOOT** and **DIRECTS** the Clerk to hereby **TERMINATE** the following—ECF Nos. 8, 15, 21, and 23

**IT IS SO ORDERED.**

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**